ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendant New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing (erroneously sued as "Shellpoint Mortgage Servicing")*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LLOYD W. ANDERSON,<br><br>                                  Plaintiff,<br>v.<br><br>SHELLPOINT MORTGAGE SERVICING, and EQUIFAX INFORMATION SERVICES, LLC.<br><br>                                  Defendants. | Case No.:       2:14-cv-02125-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The parties hereby stipulate and agree that Defendant New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") shall have until April 24, 2015 to file a responsive pleading to Plaintiff's Complaint. Plaintiff Lloyd Anderson ("Plaintiff") filed his complaint on December 15, 2014. [ECF No. 1]. Shellpoint executed a waiver of summons on February 17, 2015, and its response to the Complaint is currently due on April 10, 2015. The parties have agreed that Shellpoint shall have a two-week extension until April 24, 2015 to file a responsive pleading. This stipulation is in order to address current time constraints on defense counsel.

…

…

…

{30768548;1}

This is the first request for an extension of time.

Dated this 7th day of April, 2015.

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /s/ *Danny Horen*_____<br>DANNY HOREN, ESQ.<br>Nevada Bar No 13153<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>danny@kazlg.com<br><br>DAVID KRIEGER, ESQ.<br>Nevada Bar No 9086<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, Nevada 89123<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* | /s/ *William S. Habdas*_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing* |

**ORDER**

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED: April 8, 2015**